UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL T. HOWELL, | CASE NO. 3:20-CV-5020-RBL-DWC |
| Petitioner, | REPORT AND RECOMMENDATION |
| v. | Noting Date: March 27, 2020 |
| STATE OF WASHINGTON, | |
| Respondent. | |

The District Court has referred this 28 U.S.C. § 2254 action to United States Magistrate Judge David W. Christel. Petitioner Michael T. Howell, proceeding *pro se*, filed an proposed habeas corpus petition on December 16, 2019. Dkt. 1. On January 7, 2020, the case was transferred to the Western District of Washigton. Dkt. 3. On January 10, 2020, the Clerk of Court sent Petitioner a letter notifying Petitioner that he failed to pay the filing fee or submit an application to proceed *in forma pauperis* ("IFP"). Dkt. 5. The Clerk of Court warned Petitioner if he did not respond to the letter by February 10, 2020 the action may be subject to dismissal. *Id*.

Plaintiff has not responded to the Clerk of Court's letter, has not paid the filing fee, and has not filed an application to proceed IFP. As Plaintiff has failed to prosecute this case, the

Court recommends this case be dismissed without prejudice. Based on the foregoing, the undersigned recommends a certificate of appealability be denied.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on March 27, 2020 as noted in the caption.

Dated this 4th day of March, 2020.

/s/ David W. Christel
David W. Christel
United States Magistrate Judge