UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL T. HOWELL,

                Petitioner,

v.

STATE OF WASHINGTON,

                Respondent.

No. 3:20-CV-5020-RBL-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS MATTER is before the Court on Magistrate Judge Christel's Report and Recommendation [Dkt. # ], recommending dismissal of Petitioner's §2254 habeas petition, and dismissal without prejudice. Petitioner has not objected.

(1)    The Report and Recommendation is **ADOPTED**.

(2)    Petitioner's §2254 habeas petition is **DISMISSED** without prejudice;

(3)    For the reasons articulated in the R&R, the Court will **NOT** issue a Certificate of Appealability.

The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. David W. Christel

IT IS SO ORDERED.

**DATED** this 14th day of April, 2020.

                                                Ronald B. Leighton
                                                United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1